UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CASE NO. **CR 07-94** |
| vs. ) | |
| **FRANK FORCE KESTING** ) | |
| Defendant. ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **2nd** day of **JULY, 2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Gregory M. Sleet
United States District Judge

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
JUL 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE