IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-94-UNA |
| ) | |
| FRANK FORCE KESTING, ) | FILED UNDER SEAL |
| ) | |
| Defendant. ) | |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case.** This case is eligible for a detention order because case involves (**check all that apply**):

    **X**   Crime of violence (18 U.S.C. § 3156)

    ___   Maximum sentence life imprisonment or death

    ___   10+ year drug offense

    ___   Felony, with two prior convictions in above categories

    **X**   Minor victim

    ___   Possession/ use of firearm, destructive device or other dangerous weapon

    ___   Failure to register under 18 U.S.C. § 2250

    **X**   Serious risk defendant will flee

    ___   Serious risk obstruction of justice

2. **Reason For Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    **X**   Defendant's appearance as required

    **X**   Safety of any other person and the community



FILED

JUL 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

> _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (violations of 18 U.S.C. §§ 2252A(a)(1) & (a)(2)) with minor victim
>
> ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

> ___ At first appearance
>
> _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

> 1. At the time the offense was committed the defendant was:
>
>> ___ (a) on release pending trial for a felony;
>>
>> ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;
>>
>> ___ (c) on probation or parole for an offense.
>
> ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.
>
> ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___2nd___ day of ___July_____ 2007.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

BY: _/s/ Christopher J. Burke_____
       Christopher J. Burke
       Assistant United States Attorney