◎AO 442   (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| FRANK FORCE KESTING | Case Number:   CR 07-94 (UNA) |

SEALED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FRANK FORCE KESTING _____
                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

RECEIPT OF CHILD PORN BY COMPUTER
RECEIPT OF OBSCENITY DEPICTING CHILDREN - 18:1466A
POSSESSION OF OBSCENITY DEPICTING CHILDREN - 18:1466A
POSSESSION OF CHILD PORN - 18:1466A
TRANSMISSION OF CHILD PORN BY COMPUTER - 18:2252A(a)(1)

FILED
JUL - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2252A(a)(2) _____

| PETER T. DALLEO | _Evelyn Watson_, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | June 27, 2007 in WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6-27-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-2-07 | William David, DUSM | William David |