IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-094-SLR |
| ) | |
| FRANK FORCE KESTING, ) | |
| ) | |
| Defendant. ) | |

# ORDER

At Wilmington this 6th day of November, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Friday, November 30, 2007** at **8:30 a.m.**, with the court initiating said call.

United States District Judge