IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
     v.                         )   Crim. No. 07-094-SLR
                                )
FRANK FORCE KESTING,            )
                                )
          Defendant.            )

**O R D E R**

At Wilmington this 30th day of November 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Monday, December 17, 2007** at **4:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **December 17, 2007** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

_____
United States District Judge