IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-094-SLR ) |
| FRANK FORCE KESTING, | ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 11th day of December 2007, due to a scheduling conflict;

IT IS ORDERED that the change of plea hearing scheduled for **Monday, December 17, 2007** will commence at **9:15 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                            _____
                                            United States District Judge