IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-094-SLR |
| ) | |
| FRANK FORCE KESTING, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 29th day of March, 2008, due to the court's illness;

IT IS ORDERED that the sentencing scheduled for **March 25, 2008** is **rescheduled** to commence on **Wednesday, April 2, 2008** at **10:30 a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge