*Filed in open court*
*FMT 4/2/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-94-SLR |
| | ) | |
| FRANK FORCE KESTING, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2, 3, 4, 5, 7, and 8 of the Indictment, pursuant to the Memorandum of Plea Agreement dated December 17, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 4-2-08 ~~March 25, 2008~~

IT IS SO ORDERED this 2d day of April, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court